**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                             Case No.: 1:03−cr−00636
                                                      Honorable Joan B. Gottschall

Felipe Cortez, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 9, 2010:

      MINUTE entry before the Honorable Joan B. Gottschall:as to Roselva Chaidez, In court hearing held on 9/9/2010, ( In Court hearing set for 9/15/2010 at 02:30 PM.) Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.